# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MAX BLU TECHNOLOGIES, LLC, ) | |
| ) | Case No. 2:15-cv-1369 |
| *Plaintiff,* ) | |
| ) | Judge J. Rodney Gilstrap |
| *v.* ) | |
| ) | |
| CINEDIGM CORPORATION, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## **STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff Max Blu Technologies, LLC ("Max Blu") agrees to dismiss all of its claims against Defendant Cinedigm Corporation in this matter without prejudice, and Max Blu and Defendant Cinedigm Corporation hereby agree and stipulate to dismissal of this action and all of Plaintiff's claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(ii).  Accordingly, Max Blu and Cinedigm hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE.  Each party shall bear its own costs and fees incurred in connection with this action.

Dated:  August 10, 2016             Respectfully submitted,

| | |
|---|---|
| /s/ *James F. McDonough, III* | */s/ Vincent J. Belusko (with permission)* |
| James F. McDonough, III | Vincent J. Belusko (admitted in E.D. Tex.) |
| (Bar No. 117088, GA) | Martin M. Noonen (admitted in E.D. Tex.) |
| Jacqueline K. Burt | Ashleigh K. Landis (admitted in E.D. Tex.) |
| (Bar No. 425322, GA) | Carlos Espinoza (admitted in E.D. Tex.) |
| Jonathan R. Miller | MORRISON & FOERSTER LLP |
| (Bar No. 507179, GA) | 707 Wilshire Blvd., Suite 6000 |
| HENINGER GARRISON DAVIS, LLC | Los Angeles, CA  90017-3543 |
| 3621 Vinings Slope, Suite 4320 | Tel: (213) 892-5200 |
| Atlanta, GA  30339 | Fax: (213) 892-5454 |
| Tel: (404) 996-0869 | vbelusko@mofo.com |
| Fax: (205) 547-5502 | mnoonen@mofo.cm |
| jmcdonough@hgdlawfirm.com | alandis@mofo.com |
| jburt@hgdlawfirm.com | cespinoza@mofo.com |
| jmiller@hgdlawfirm.com | |

US.107574561.01

| | |
|---|---|
| Timothy C. Davis<br>(Bar No. ASB-6834-D63T, AL)<br>HENINGER GARRISON DAVIS, LLC<br>2224 1st Avenue North<br>Birmingham, AL  35203<br>Tel: (205) 327-9115<br>Fax: (205) 326-3332<br>tim@hgdlawfirm.com<br><br>William E. Davis, III<br>THE DAVIS FIRM P.C.<br>213 N. Fredonia, Suite 230<br>Longview, TX  75601<br>Tel: (903) 230-9090<br>Fax: (903) 230-9661<br>bdavis@bdavisfirm.com<br><br>**Counsel For Plaintiff**<br>**Max Blu Technologies, LLC** | Eric H. Findlay, Bar No. 00789886<br>Walter W. Lackey, Jr., Bar No. 24050901<br>FINDLAY CRAFT, P.C.<br>102 N. College Ave., Suite 900<br>Tyler, TX  75702<br>Tel: (903) 534-1137<br>Fax: (903) 534-1137<br>efindlay@findlaycraft.com<br>wlackey@findlaycraft.com<br><br>**Counsel For Defendant**<br>**Cinedigm Corporation** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 10, 2016.

/s/*James F. McDonough, III*